USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HISCOX INSURANCE COMPANY, INC.,

Petitioner,

v.

BLACKBIRD PRODUCT GROUPS, LLC,

Respondent.

No.  20-MC-242 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 28, 2020, Plaintiff Hiscox Insurance Company filed a motion with this Court, seeking an order quashing a subpoena issued to it by Defendant Blackbird Product Groups, LLC in connection with an underlying proceeding pending in the District Court for the Western District of Missouri, *Travis Duncan v. Blackbird Products Group, LLC*, No. 17-CV-3404, the underlying action.  According to the affidavit of service, filed on the docket on July 15, Plaintiff's motion and supporting papers were served on Defendant on July 7.  *See* Dkt. 7.

Defendant shall respond to Plaintiff's motion no later than July 31, 2020.  Plaintiff's reply, if any, may be filed no later than August 14, 2020.

SO ORDERED.

Dated:    July 16, 2020
          New York, New York

_____
Ronnie Abrams
United States District Judge