```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-14-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HISCOX INSURANCE CO.,
                Plaintiff,
v.

BLACKBIRD PRODUCTS GROUP,
                Defendant.

20-MC-242 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 16, 2020, the Court ordered Defendant to file a response to Plaintiff's motion to quash Defendant's subpoena by July 31, 2020. To date, Defendant has not submitted a response. No later than September 4, 2020, Defendant shall do so. If it fails to do so, the Court will deem the motion to quash unopposed. Plaintiff shall serve this Order on Defendant and file proof of such service by August 21, 2020.

        SO ORDERED.

Dated:    August 14, 2020
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge