

August 19, 2020                                          File No. 31181.1324

Peter T. Shapiro
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

> Application granted. The motion to quash the subpoena is denied as moot. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 5 and close this case.
>
> SO ORDERED.
>
> _____
>
> Ronnie Abrams, U.S.D.J.
>
> 8/20/2020

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     *Hiscox Insurance Company, Inc. v. Blackbird Product Groups, LLC*
        Case No. 20-mc-00242 (RA)

Dear Judge Abrams:

     I write to advise that we are withdrawing the motion to quash subpoena we filed herein because the underlying subpoena has been withdrawn and the motion is now moot. It is therefore appropriate for the Court to dismiss this proceeding.

     Thank you for your attention to this matter.

                                       Respectfully,

                                       /s/ Peter T. Shapiro

                                       Peter T. Shapiro of
                                       LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:mf

cc:     Counsel for Blackbird Products Group LLC (via email)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4819-5315-2968.1